IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,      )
                               )
        Plaintiffs,            )        No. CR-05-48-AWI
                               )
    vs.                        )        ORDER OF RELEASE
                               )
ROSENDO COVARRUBIAS IZAZAGA,   )
                               )
        Defendant.             )
                               )
```

　　　The above named defendant having been sentenced on January 8, 2007 to Time Served,

　　　IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

**Dated:   January 8, 2007**　　　　　　　　　　/s/ **Anthony W. Ishii**
0m8i78　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

9/26/96 exonbnd.frm

1